**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CHRISTOPHER S. HUNTER,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>        Defendants. | 2:14-cv-01560-APG-VCF<br>**ORDER** |

      Before the court is Plaintiff's Motion to Reattempt Service on Unserved Defendant (#14). On September 9, 2015, the court ordered issuance of a summons for Defendant McArthur. Plaintiff completed the USM-285 form, describing the defendant as "sert officer McArthur." (#13) The U.S. Marshal's Office attempted service of a summons and complaint using this form and returned the form stating that the Marshal was not able to locate this defendant. The marshal reported that service was attempted, but "Metro needs more information to locate the officer." *Id.*

      In this motion, the plaintiff states that sert officer McArthur was assigned to housing unit 7D on August 26, 2014. (#14), p 4.

      Accordingly, Plaintiff's Motion (#14) is GRANTED as follows:

      IT IS HEREBY ORDERED that a *subpoena duces tecum* be issued to the custodian of records at the Clark County Detention Center directing the custodian to determine the first and last name and last-known address of an officer McArthur who worked at the Clark County Detention Center in August, 2014. The U.S. Marshal is directed to serve this subpoena, together with a copy of this order.

      IT IS FURTHER ORDERED that the custodian of records file UNDER SEAL a response to this subpoena within twenty (20) days of receipt. The clerk is directed to then complete a USM-285 form including the information provided by the custodian regarding Defendant McArthur, and deliver that

completed form, together with a Summons for Defendant McArthur, to the U.S. Marshal.  Within thirty (30) days of receipt of the Summons and USM-285 form, the Marshall must serve the summons and a copy of the Amended Complaint (#7) on Defendant McArthur and file a REDACTED copy of the USM-285 form showing whether service has been accomplished.  THE MARSHAL MUST REDACT FROM THIS FILED RETURN OF SERVICE ALL PERSONAL IDENTIFIERS CONTAINED IN THE USM-285.

DATED this 30th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE