UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER S. HUNTER,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>  Defendants. | Case No. 2:14-cv-01560-APG-VCF<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**<br><br>(ECF No. 26) |

Defendant Naphcare, Inc., erroneously sued as Napha Healthcare, moves to dismiss plaintiff Christopher Hunter's claims against it. ECF No. 26. Hunter did not file an opposition. I therefore grant the motion as unopposed. LR 7-2(d).

IT IS THEREFORE ORDERED that defendant Naphcare, Inc.'s motion to dismiss **(ECF No. 26) is GRANTED**. Plaintiff Christopher Hunter's claims against Naphcare are dismissed without prejudice.

DATED this 22nd day of December, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE