UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER S. HUNTER,<br><br>          Plaintiff,<br><br>     v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>          Defendants. | Case No. 2:14-cv-01560-APG-VCF<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME TO OPPOSE MOTION TO DISMISS**<br><br>(ECF No. 38) |

Defendant Naphcare, Inc., erroneously sued as Napha Healthcare, previously moved to dismiss plaintiff Christopher Hunter's claims against it. ECF No. 26. Hunter did not file an opposition. I therefore granted the motion as unopposed. ECF No. 29.

Hunter moves for reconsideration, arguing he timely mailed an opposition. ECF No. 38. Hunter has not provided a copy of an opposition and one is not on file with this court. However, I will grant Hunter's request to extend time to respond to the motion to dismiss.

IT IS THEREFORE ORDERED that my prior order granting defendant Naphcare, Inc.'s motion to dismiss as unopposed **(ECF No. 29) is VACATED**.

IT IS FURTHER ORDERED that plaintiff Christopher Hunter shall have until March 21, 2017 to respond to defendant Naphcare, Inc.'s motion to dismiss (ECF No. 26).

DATED this 28th day of February, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE