UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER S. HUNTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:14-cv-01560-APG-VCF<br><br>**ORDER GRANTING MOTION TO STRIKE OPPOSITION AND DENYING MOTION TO STRIKE LETTER**<br><br>(ECF Nos. 41, 43) |

　　Defendant Darren MacArthur moves to strike plaintiff Christopher Hunter's opposition at ECF No. 39. MacArthur argues it is a fugitive document because MacArthur has not filed a motion to dismiss and the document appears to be in response to MacArthur's answer to the complaint. I grant this motion because the document filed at ECF No. 39 is an unauthorized response to MacArthur's answer.

　　MacArthur also moves to strike Hunter's letter to the court located at ECF No. 42. There is no reason to strike the letter. To the extent the letter requests relief in the form of assurances that Hunter's motion for reconsideration and opposition to motion to dismiss have been received by the court, the requested relief is moot. Both documents have been received and docketed in this action. *See* ECF Nos. 38, 39.

　　IT IS THEREFORE ORDERED that defendant Darren MacArthur's motion to strike opposition **(ECF No. 41) is GRANTED**.

　　IT IS FURTHER ORDERED that Darren MacArthur's motion to strike letter **(ECF No. 43) is DENIED**.

　　DATED this 28th day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE