# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CHRISTOPHER S. HUNTER,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>        Defendants. | 2:14-cv-01560-APG-VCF<br><br>**ORDER** |

Before the Court is *Christopher S. Hunter v. Clark County Detention Center, et al.*, case number 2:14-cv-01560-APG-VCF. A proposed discovery plan and scheduling order has not been filed.

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 AM, November 30, 2017, in Courtroom 3D.

DATED this 17th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE